## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABBIE VANHOOK | : | |
| 4509 Gloucester Drive | : | |
| Trent Woods, NC 28562 | : | |
| | : | |
| Plaintiff, | : | |
| v. | : CASE NO._____ | |
| | : | |
| STANLEY MICHAEL FORD | : | |
| 592 Nicholson Street | : | |
| Washington, D.C.  20001 | : | |
| | : | |
| and | : | |
| | : | |
| | : | |
| WASHINGTON METROPOLITAN AREA | : | |
|     TRANSIT AUTHORITY   ("WMATA") | : | |
| 600 Fifth Street, N.W. | : | |
| Washington, D.C. 20001 | : | |
| | : | |
| Defendants. | : | |

### ANSWER OF DEFENDANT WMATA

### FIRST DEFENSE

The Complaint herein fails to state a cause of action against Defendant, the

Washington Metropolitan Area Transit Authority ("WMATA"), for which relief may be

granted.

### SECOND DEFENSE

1. WMATA is without sufficient information or belief to admit or deny the

allegations of Paragraph One of the Complaint.  Therefore, they are denied.

2.   WMATA admits the allegations of Paragraph Two.

3. WMATA admits that it is an interstate compact agency, created by the District of Columbia, the State of Maryland, and the Commonwealth of Virginia and authorized by Congress, operating a regional transit system in all three jurisdictions.

4 . WMATA denies that jurisdiction of this Court is founded on D.C. Code § 11-921, as alleged in Paragraph Four of the Complaint, but states that this Court has jurisdiction pursuant to D.C. Code §§ 9-1107.01(81) and 9-1107.10.

## FACTUAL ALLEGATIONS

5. WMATA is without sufficient information or belief to admit or deny the allegations of Paragraph Five of the Complaint. Therefore, they are denied.

6. WMATA admits only that Stanley Ford was operating a WMATA bus on October 17, 2006 at 6:52 a.m.

7. WMATA admits only that on October 17, 2006, Stanley Ford was an employee of WMATA and was operating a WMATA bus within the scope of his employment with WMATA.

8. WMATA admits only that, on October 17, 2006, Bus operator Stanley Ford was operating WMATA's bus with its permission and consent and within the scope of his employment with WMATA.

9 - 10. WMATA denies the allegations of Paragraphs Nine and Ten of Plaintiff's Complaint.

11. WMATA admits only that the Plaintiff and the Metro bus made contact. WMATA is without sufficient information or belief to admit or deny the remainder of the allegations of Paragraph Eleven of the Complaint. Therefore, they are denied.

## FIRST CAUSE OF ACTION
### (Negligence of Stanley Ford)

12.  WMATA realleges and incorporates by reference herein its responses to Plaintiff's allegations contained in Paragraphs 1 through 11 of the Answer.

13.  WMATA states the allegations of Paragraph Thirteen constitute legal conclusions to which no response is necessary.

14-15.  WMATA denies the allegations of Paragraphs Fourteen and Fifteen.

## SECOND CAUSE OF ACTION
### (Negligence of Defendant WMATA)

16.  WMATA realleges and incorporates by reference herein its responses to Plaintiff's allegations contained in Paragraphs One through Fifteen of the Answer.

17.  WMATA states the allegations of Paragraph Seventeen constitute legal conclusions to which no response is necessary; to the extent that a response is necessary, they are denied

18.  WMATA admits only that Stanley Ford was employed by WMATA on October 17, 2006 and that he was operating a WMATA bus with WMATA's permission and within the scope of his employment; the remainder of the allegations are denied.

19-21.  WMATA denies the allegations of Paragraphs Nineteen through Twenty-One of Plaintiff's Complaint.

## DAMAGES

22-24.  WMATA denies the allegations of Paragraphs Twenty-Two through Twenty-Four.

## THIRD DEFENSE

WMATA reserves the right to assert the defense that, if the Plaintiff was injured as alleged in the complaint, her injuries, if any, were the sole result of the acts of a person or persons other than WMATA or WMATA's servants, agents, or employees acting within the scope of their employment.

## FOURTH DEFENSE

WMATA asserts that Plaintiff's action is barred in whole, or in part, by Section 80 of the WMATA Compact and WMATA's sovereign immunity, including but not limited to:  Plaintiff is barred from naming WMATA's bus operator as a party in this action; WMATA has sovereign immunity from pre-judgment interest; WMATA has sovereign immunity for claims of negligent hiring, training and/or supervision.  See Burkhart v. WMATA, 112 F.3d 1207 (D.C. 1998).

## FIFTH DEFENSE

WMATA reserves the right to assert the defense that, if the Plaintiff was injured as alleged in the complaint, the injuries, if any, were caused by her contributory negligence  and/or assumption of risk.

## SIXTH DEFENSE

WMATA reserves the right to assert that the injuries Plaintiff claims as a result of the incident alleged in his Complaint are neither causally related to the incident, reasonable, nor necessary.

## SEVENTH DEFENSE

WMATA intends to rely on all defenses available from the evidence at the time of any trial and expressly reserves the right to assert such a defense as the facts become

known.

## EIGHTH DEFENSE

WMATA asserts that Plaintiff's claim is barred by the statute of limitations if discovery provides a basis therefore.

Further answering the Complaint, WMATA denies all allegations of negligence and other improper conduct and further denies all allegations not specifically admitted or otherwise answered.

WHEREFORE, having fully answered the Complaint, WMATA respectfully requests that this matter be dismissed and that it be awarded costs.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
   TRANSIT AUTHORITY

Carol B. O'Keeffe #445277
General Counsel

Mark F. Sullivan #430876
Deputy General Counsel
msullivan@wmata.com

Janice L. Cole #440351
Associate General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2543 (office)
(202) 962-2550 (fax)
jlcole@wmata.com

Nicholas S. Nunzio, Jr. #362578
Assistant General Counsel - WMATA
600 Fifth Street, N.W.

Washington, D.C.  20001
Telephone:  (202) 962-1028
Facsimile: (202) 962-2550
E-mail:  nnunzio@wmata.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd   day of July 2008, a copy of the foregoing

Answer of Defendant WMATA  was mailed, first class postage prepaid, to:

Sam L. Starks #440191                    John Alan Jones
33353 Peachtree Road                     G. Christopher Olson
Suite 501 Atlanta, GA 30326              410 Glenwood Avenue, Suite 200
(404) 257-1117                           Raleigh, N.C.  27603
                                         (919) 821-0005

_____
Janice L. Cole #440351