IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBIE VANHOOK     Plaintiff,  v.  STANLEY MICHAEL FORD  and  WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY     Defendants. | : : : : : : Case No. 1:08-cv-01262 RMU : : : : : : : : : : |

### MOTION TO DISMISS DEFENDANT STANLEY MICHAEL FORD[1]
**(Immunity of Defendant Stanley Michael Ford)**

**COMES NOW** the Defendant Stanley Michael Ford by and through undersigned counsel[2] and respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss Plaintiff's Complaint against the Defendant Stanley Michael Ford in that he, individually, is immune from lawsuit, pursuant to the Section 80 of the WMATA Compact, D.C. Code §9-1107.01 (2007) and as further reasons states as follows:

1. Plaintiff Abbie Vanhook claims that she sustained injuries and damage as a result of being struck by Defendant's bus operated by the Defendant Stanley Michael Ford on October 17, 2006, while crossing Wisconsin Avenue, N.W., at or near its intersection with Fulton Street, N.W., Washington, D.C.

---

[1] Although not admitted to practice in this Court, counsel for the Plaintiff consents to the dismissal requested herein.

[2] Undersigned counsel will be representing the Defendant Stanley Michael Ford for purposes of this motion, only.

2. Defendant WMATA has admitted in its Answer, which was filed on July 23, 2008, that the Defendant Stanley Michael Ford was acting within the course and scope of his employment at the time of the occurrence. See Answer of Defendant WMATA, Second Defense, Paragraphs 7 and 8.

3. Defendant WMATA is a transit authority created by interstate compact between the District of Columbia, State of Maryland and the Commonwealth of Virginia in order to provide mass transit in the Washington D.C. Metropolitan Area, pursuant to the WMATA Compact, codified at D.C. Code §§9-1107.01, et seq. (2007).

4. Under Section 80 of the WMATA Compact, WMATA may be sued in tort for the negligent acts or omissions of its employees which are committed in the conduct of WMATA's proprietary functions.[3] WMATA has immunity for its governmental or discretionary functions. See Section 80 of the WMATA Compact codified at D.C. Code §9-1107.01 (80). (2007). Section 80 provides, however, that

> The Authority shall be liable for its contracts and for its torts and those of its Directors, officers, employees and agent committed in the conduct of any proprietary function, in accordance with the law of the applicable signatory (including rules on conflict of laws), but shall not be liable for any such torts occurring in the performance of a governmental function. The exclusive remedy for such breach of contracts and torts for which the Authority shall be liable, as herein provided, shall be by suit against the Authority. Nothing contained in this Title shall be construed as a waiver by the District of Columbia, Maryland, Virginia and the counties and cities within the Zone of any immunity from suit.

5. Accordingly, the exclusive remedy for the Plaintiff in these circumstances is by

---

[3] For purposes of this lawsuit, Defendant Ford's operation of Defendant WMATA's bus at the time of the occurrence is a proprietary function.

suit against the Defendant WMATA only and not against its employee, Stanley Michael Ford. See, WMATA v. Johnson, 467 U.S. 925, 940 (1984); Queen v. WMATA, 901 F.2d 135, 138 (D.C. Cir. 1990); Sanders v. WMATA, 819 F.2d 1151 (D.C. Cir. 1987); Keener v. WMATA, 800 F.2d 1173, 1176 (D.C. Cir. 1986); Johnson v. Bechtel Associates Professional Corp., 717 F.2d 574 (D.C. Cir. 1983).

**WHEREFORE**, the Defendant Stanley Michael Ford requests that Plaintiff's Complaint be dismissed with prejudice as to the Defendant Stanley Michael Ford and for such other and further relief as to this Honorable Court deems just and proper.

/s/
Janice L. Cole #440351
Associate General Counsel-WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 2543
Facsimile: 9202) 962-2550
E-mail: jcole@wmata.com

/s/                    .
Nicholas S. Nunzio, Jr. #362578
Assistant General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 962-1028
Facsimile: (202) 962-2550
E-mail: nnunzio@wmata.com

*Attorneys for the Defendant Stanley Michael Ford for purposes of this motion only*

## MEMORANDUM OF POINTS AND AUTHORITIES

1. As recited herein above.

2. Section 80, WMATA Compact, D.C. Code §9-1107.01 (80) (2007).

3. Fed. R. Civ. P. 12 (b)(1).

4. The record herein.

/s/<br>
Nicholas S. Nunzio, Jr. #362578

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of July 2008 a copy of the foregoing **Motion to Dismiss Defendant Stanley Michael Ford (Immunity of Defendant Stanley Michael Ford)** was electronically filed/served on and/or mailed, first class mail, postage prepaid to:

Sam L. Starks, Esquire
33353 Peachtree Road
Suite 501 Atlanta, GA 30326
(404) 257-1117

John Alan Jones, Esquire
G. Christopher Olson, Esquire
410 Glenwood Avenue, Suite 200
Raleigh, N.C. 27603
(919) 821-0005

/s/<br>
Nicholas S. Nunzio, Jr. #362578

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBIE VANHOOK | : |
| | : |
|       **Plaintiff,** | : |
| v. | : |
| | :   **Case No. 1:08-cv-01262 RMU** |
| STANLEY MICHAEL FORD | : |
| | : |
| and | : |
| | : |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : |
| | : |
|       **Defendants.** | : |

## O R D E R

**UPON CONSIDERATION** of the Motion to Dismiss Defendant Stanley Michael Ford (Immunity of Defendant Stanley Michael Ford), the points and authorities cited in support thereof and upon a review of the record herein, including the Answer filed by the Defendant Washington Metropolitan Area Transit Authority, it is by the United States District Court for the District of Columbia this _____ day of _____ 2008,

**ORDERED**, that the Motion to Dismiss Defendant Stanley Michael Ford be and the same is hereby **GRANTED**; and, it is further,

**ORDERED**, that Plaintiff's Complaint be and the same is hereby **DISMISSED WITH PREJUDICE** as to the Defendant Stanley Michael Ford, only.

 

_____
**RICARDO M. URBINA**
**UNITED STATES JUDGE**

Copies to:

Janice L. Cole
Associate General Counsel-WMATA
jcole@wmata.com
Nicholas S. Nunzio, Jr.
nnunzio@wmata.com
Assistant General Counsel - WMATA
600 Fifth Street, N.W., Second Floor
Washington, D.C.  20001

Sam L. Starks, Esquire
33353 Peachtree Road
Suite 501 Atlanta, GA 30326
(404) 257-1117

John Alan Jones, Esquire
G. Christopher Olson, Esquire
410 Glenwood Avenue, Suite 200
Raleigh, N.C.  27603
(919) 821-0005