# United States District Court
# For the District of Columbia

ABBIE VANHOOK,                  :
                                :
         Plaintiff,             :         APPEARANCE
vs.                             :         Case No. 1:08-cv-01262 RMU
                                :
WASHINGTON METROPOLITAN         :
AREA TRANSIT AUTHORITY,         :
                                :
         Defendant.             :
                                :

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Sam Starks</u> as counsel in this case for:  Plaintiff, <u>Abbie Vanhook</u>.

<u>August 21, 2008</u>
Date
<u>DC Bar #440191</u>
Bar Identification

*[Signature]*
Signature

<u>SAM STARKS</u>
Print Name

<u>Martin & Jones</u>
Firm

<u>3353 Peachtree Road NE Suite 510</u>
Address

<u>Atlanta</u>     <u>GA</u>     <u>30326</u>
City          State       Zipcode

<u>(404) 257-1117</u>
Phone Number