IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 1:08-CV-01262 RMU

| | |
|---|---|
| ABBIE VANHOOK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO MOTION TO DISMISS STANLEY MICHAEL FORD** |

NOW COMES Plaintiff Abbie Vanhook, through counsel, hereby states that Plaintiff does not oppose the Motion to Dismiss filed on behalf of Defendant Stanley Michael Ford.

This the 21st day of August, 2008

/s/Sam L. Starks
Sam L. Starks
Martin & Jones
D.C. Bar No. 440191
3353 Peachtree Road
Suite 510
Atlanta, Georgia 30326
(404) 257-1117
sls@m-j.com

OF COUNSEL:

John Alan Jones
G. Christopher Olson
Jones Martin Parris & Tessener
　Law Offices, P.L.L.C.
410 Glenwood Avenue, Suite 200
Raleigh, North Carolina 27603
(919) 821-0005

## CERTIFICATE OF SERVICE

I hereby certify that on 21st August 2008, I electronically filed the foregoing **PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO MOTION TO DISMISS STANLEY MICHAEL FORD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Janice L. Cole, Esq., Nicholas S. Nunzio, Jr., Esq.

/s/Sam L. Starks
Sam L. Starks